# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | CRIMINAL NO. 3:16-CR-404-K |
| JOSE JAVIER VALDEZ | § | |

## REPORT & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT

Defendant **JOSE JAVIER VALDEZ** is charged in a petition with a violation of the terms of her supervised release. On this date, the United States magistrate judge conducted a revocation hearing. Defendant appeared in person and represented by counsel.

Based on Defendant's plea of true to the allegations in the petition and the evidence and arguments offered at the hearing, the magistrate judge recommends the United States District Judge:

- [x] find Defendant violated the terms of his supervised release;
- [x] revoke Defendant's supervised release;
- [x] impose a sentence of an additional term of imprisonment of __12__ months with a further term of __0__ months of supervised release to follow; and
- [x] recommend that the term of imprisonment be served at a BOP facility in the DFW area

**SO RECOMMENDED** on 10/28/2020.

RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE

In open court, the magistrate judge informed Defendant that any recommendation of revocation of supervised release, and the imposition of any sentence, is subject to the approval of the United States District Judge, and that Defendant may object to the magistrate judge's recommendation before any additional sentence is imposed.

I, Defendant **JOSE JAVIER VALDEZ**, hereby
- [x] waive my right to object to the report and recommendation of the magistrate judge and any right to allocution before the district judge before sentence is imposed.
- [ ] do NOT waive my right to object to the report and recommendation of the magistrate judge and understand that I have 14 days to file written objections.

10/27/20
Date

Defendant

Defense Counsel

**Consented to by United States**

Assistant U.S. Attorney