IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |  | |
|---|---|---|---|
| UNITED STATES OF AMERICA | § | | |
| | § | | |
| | § | | |
| v. | § | NO. 3:16-CR-0404-K (01) | |
| | § | | |
| JOSE JAVIER VALDEZ, | § | | |
| | § | | |
| Defendant | § | | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court referred the request for revocation of Defendant's Supervised Release to United States Magistrate Judge Renee Harris Toliver for consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. The Defendant waived allocution before this Court, and waived his right to object to the Report and Recommendation.

The Court has considered the Report and Recommendation as well as the objections. The Court sustains Defendant's Objections to the Report and Recommendation on compassionate release grounds.

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that the Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of (12) twelve months, with no additional term of Supervised Release to follow.

The Defendant shall receive credit for time served prior to revocation. Further, the Court recommends that the defendant be allowed to serve his sentence at Bureau of Prisons facility in the Dallas-Fort Worth area.

SO ORDERED.

Signed November 21st, 2020.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE